**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Ella C. Ramirez, | ) | No. CV-09-0319-PHX-LOA |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Litton Loan Servicing LP; Penny Mac Loan Services, | ) | |
| Defendants. | ) | |

        This case arises upon *pro se* Plaintiff's pleading entitled Motion to Declare Litton Loan Serving LP and Penny Mac Loan Services To Be Unsecured Creditors, filed on April 6, 2009. (docket # 18)

        The subject motion does not make sense in the context of this civil lawsuit. Perhaps the *pro se* Plaintiff mistakenly filed this Motion in this stayed civil case instead of her bankruptcy case. In any event, Plaintiff's Motion seeking affirmative relief in this case violates the automatic stay imposed pursuant to 11 U.S.C. § 362(a)(1) with the filing of Plaintiff's Bankruptcy Petition and this Court's stay order entered on March 19, 2009. (docket # 14)

        On the Court's own motion,

        **IT IS ORDERED** *that pro se* Plaintiff's pleading entitled Motion to Declare Litton Loan Serving LP and Penny Mac Loan Services To Be Unsecured Creditors, docket

# 18, is summarily **DENIED** without prejudice as a violation of the automatic stay imposed pursuant to 11 U.S.C. § 362(a)(1) and this Court's stay order entered on March 19, 2009.

**IT IS FURTHER ORDERED** directing the Clerk to mail a copy of this Order to Mr. Robert A. Mackenzie, 2025 N. 3rd St., #157, Phoenix, Az 85004.

DATED this 10th day of April, 2009.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge